# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER JOHNSON

NO. 2021 KW 1113

DECEMBER 21, 2021

---

In Re:    Walter Johnson, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 14-
          CR6-126837.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                                    **JEW**
                                    **MRT**

   **McClendon, J.,** dissents. I would grant the writ
application, vacate the district court's ruling denying
relator's application for postconviction relief, and remand the
matter to the district court to reconsider its ruling in light
of **State v. Harris,** 2018-1012 (La. 7/9/20), __ So.3d __, 2020 WL
3867207.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT